IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GLADYS CRAWLEY BARKSDALE, | ) Case No. 4:06CV00043 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: **Jackson L. Kiser** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) Senior United States District Judge |
| Defendant. | ) |

Before this Court is the Defendant's Motion to Dismiss the Plaintiff's Amended Complaint. For the reasons stated in the accompanying Memorandum Opinion, the Defendant's motion is **GRANTED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter from the Court's docket.

Entered this 23rd day of January, 2007.

                                                      s/Jackson L. Kiser
                                                     Senior United States District Judge